# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **LELAND SHAWN JOHNSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:15cv837 |
| | § | |
| **CITY OF WHITEHOUSE, TEXAS,** | § | |
| | § | |
| Defendant. | § | JURY DEMANDED |

## PLAINTIFF'S NOTICE OF INITIAL DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, **Leland Shawn Johnson**, files his Notice of Initial Disclosure in accordance with the Court's Scheduling and Discovery Order (Doc. 11).

        Respectfully submitted:

        **LAW OFFICES OF CHARLES H. CLARK, P.C.**
        604 Woldert
        P. O. Box 98
        Tyler, Texas   75710
        903/593-2514
        903/595-1294 fax


        /s/ Charles H. Clark
        Charles H. Clark
        State Bar No. 04274000
        chc@charlesclarklaw.com

        **LAW OFFICE OF KEITH MILLER**
100 E. Ferguson, Suite 101
Tyler, Texas      75702
Telephone:  (903) 597-4090
Facsimile:  (903) 597-3692

Keith Miller
State Bar No. 14093750
keith@5974090.net

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all attorneys of record on this 7th day of March, 2016, by ECF.

    /s/ Charles H. Clark
    Charles H. Clark