IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| LELAND SHAWN JOHNSON | § | |
| --- | --- | --- |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:15-cv-837 |
| | § | |
| CITY OF WHITEHOUSE, TEXAS | § | |
| | § | |
| Defendants | § | |

### NOTICE OF AGREED MEDIATOR

COME NOW Plaintiff LELAND SHAWN JOHNSON, and Defendant CITY OF WHITEHOUSE, TEXAS, by and through their respective counsel, and notify the Court that they have agreed to the following mediator in this case:

Cynthia Stevens Kent
Attorney at Law
1121 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 258-5444
FAX (903) 839-7961
Email: cynthiaskent@icloud.com

        Respectfully submitted:

        /s/ *Charles H. Clark*
        Charles H. Clark
        SBN 04274000
        Law Offices of Charles H. Clark, P.C.
        406 Woldert
        P.O. Box 98
        Tyler, TX 75710
        Tel: 903-593-2514
        Fax: 903-595-1294
        chc@charlesclarklaw.com, jill@charlesclarklaw.com

Keith Miller

Law Office of Keith Miller
100 E. Ferguson, Suite 101
Tyler, TX 75702
Tel: 903-597-4090
Fax: 903-597-3692
keith@5974090.net, kmorman@5974090.net

*/s/Lance Vincent*
Lance Vincent, Attorney for Defendant
SBN. 20585520
Ritcheson, Lauffer & Vincent
Two American Center
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
903/535-2900; FAX: 903/533-8646
lancev@rllawfirm.net; gayf@rllawfirm.net