**Cynthia Stevens Kent**
ckent@tyler.net

(903) 579-7500 - Main
(903) 579-7538 - Direct
(903) 581-3701 - FAX
(903) 258-5444 - Cell

**December 19, 2016**

**Clerk of the Court**
**United States District Court – Eastern District of Texas**
**EFILED**

RE:        **CIVIL ACTION  6:15-CV-837**
           **Leland Shawn Johnson v. City of Whitehouse, Texas**

           **U.S. District Court – Eastern District of Texas**

**Dear Judge:**

     The above case was mediated in my office on November 30, 2016. I am pleased to inform the court that the case settled at this mediation.  The mediation was for a half a day and each party paid $600.00 for the mediation.

     Thank you for allowing me the opportunity to attempt to assist the parties and the court in this mediation.  If I can be of any future assistance, please do not hesitate to contact my office.

         Sincerely,

         **CYNTHIA STEVENS KENT**

**CSK:cm**

**CC:**

**Lance Vincent**
**Richeson, Lauffer & Vincent, P.C.**
**821 ESE Loop 323, Ste. 530**
**Tyler, Texas 75701**
**Email: gayf@rllawfirm.net**


**Charles Clark**
**Charles Clark Law Firm**
**604 Woldert**
**P. O Box 98**
**Tyler, Texas 75710**
**jill@charlesclarklaw.com**