# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **LELAND SHAWN JOHNSON** | § § § | |
| **v.** | § § § | **CIVIL ACTION NO. 6:15-cv-837** |
| **CITY OF WHITEHOUSE, TEXAS** | § § § | |

## ORDER

On December 20, 2016, the mediator in this case, Cynthia Kent, filed a Mediator's Report stating that a mediation conference held on November 30, 2016 resulted in a settlement (ECF 29). It is accordingly

**ORDERED** that the parties or their counsel shall submit to the Court all papers necessary for the closing of this case on or before **January 23, 2017**. If the parties do not move for additional time or such papers are not received by the Court by the scheduled deadline, the Court may order dismissal without further notice. Within 60 days of a dismissal order, any party may petition to have the claims reinstated upon showing good cause as to why settlement was not in fact consummated.

**So ORDERED and SIGNED this**
Dec 22, 2016

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE